IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| DARRYLE PEOPLES | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. DKC 05-CV-1643 |
| AMF BOWLING CENTERS, INC. | * | |
| Defendant | * | |

### DEFENDANT'S RULE 26(a)(1) DISCLOSURE

AMF Bowling Centers, Inc., Defendant, by ALLEN, KARPINSKI, BRYANT & KARP and KEVIN KARPINSKI, its attorneys, makes the following initial disclosures:

A. <u>Individuals likely to have discoverable information</u>:

Orlando Mejia

B. <u>Documents</u>:

None in Defendant's possession.

C. <u>Insurance</u>:

None.



EXHIBIT B

Respectfully submitted,

ALLEN, KARPINSKI, BRYANT
& KARP

BY: _____/s/_____
KEVIN KARPINSKI
Suite 1540
100 East Pratt Street
Baltimore, Maryland 21202
410-727-5000
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of July 2005, a copy of the foregoing Defendant's Rule 26(a)(1) Disclosure was electronically filed with notice to:

Jonathan S. Beiser, Esquire
Ashcraft & Gerel, LLP
Suite 1002
One Central Plaza
11300 Rockville Pike
Rockville, Maryland 20852
Attorney for Plaintiff

_____/s/_____
Of Counsel for Defendant